UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO.                                                    **FILED ELECTRONICALLY**

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.
**COMPLAINT**

NATISHA R. BARNES                                                   DEFENDANTS
A/K/A NATISHA REYNOLDS
301 Shiloh Rd., Lot 12
Clay City, KY 40312

JASON ROBERT REYNOLDS
301 Shiloh Rd., Lot 12
Clay City, KY 40312

\* \* \* \* \*

Comes the plaintiff, the United States of America, by and through counsel, and for its Complaint and cause of action against the defendant(s) states as follows:

1.      This mortgage foreclosure action is brought by the United States of America on behalf of its Department of Agriculture, Rural Development (formerly known as the Farmers Home Administration and as the Rural Economic and Community Development Service (hereinafter "RD"), pursuant to Title 28, United States Code Section 1345.

2.      On or about July 23, 2007, Natisha R. Barnes a/k/a Natisha Reynolds, then a single person, for value received, executed and delivered to RD a promissory mortgage note (the "Note") in the principal amount of $52,425.00, bearing interest at the rate of 5.7500 percent per annum.  Commencing December 16, 2007, principal and interest were payable in monthly installments of $297.42 due on the 16th day of each month until July

1

23, 2040, at which time the final installment of the outstanding principal and interest was due and payable. A copy of the Note is attached hereto marked Exhibit A, and is hereby incorporated by reference as if set forth at length herein.

3. Contemporaneously with the execution of the Note, and to secure its payment, the defendant(s), Natisha R. Barnes a/k/a Natisha Reynolds, executed, acknowledged and delivered to RD a real estate mortgage (the "Mortgage") which was recorded on July 25, 2007 in Mortgage Book 200, page 297, in the Commonwealth of Kentucky, Powell County Clerk's Office. In and by the Mortgage, said defendant(s) granted to RD a first mortgage lien against the real property described in the Mortgage located in Powell County, Kentucky (the "Property"). A copy of the Mortgage is attached hereto marked Exhibit B, and is hereby incorporated by reference as if set forth at length herein.

4. To further secure repayment of the Note, defendant(s), Natisha R. Barnes a/k/a Natisha Reynolds, executed and delivered to RD a Subsidy Repayment Agreement confirming the right of RD to recapture, upon transfer of title or non-occupancy of the Property, any interest credits pertaining to this loan granted to said defendant(s) by RD. A copy of the Subsidy Repayment Agreement is attached hereto marked Exhibit C, and is hereby incorporated by reference as if set forth at length herein.

5. Upon information and belief, the plaintiff states that on or about November 16, 2009, subsequent to incurring the mortgage indebtedness which is the subject of this action, the defendant, Natisha R. Barnes a/k/a Natisha Reynolds, married the defendant, Jason Robert Reynolds, and that they remain husband and wife.

Accordingly, the defendant, Jason Robert Reynolds, is not the plaintiff's debtor but may be vested with a curtesy interest in the Property.

6. Defendant(s), Natisha R. Barnes a/k/a Natisha Reynolds, made payments of principal and interest on the Note from time to time, but failed to make the principal and interest payments due in accordance with the terms and provisions of the Note and the Mortgage, and are therefore in default under the terms thereof.

7. Paragraph (22) of the Mortgage provides that if default occurs in the performance or discharge of any obligation of the Mortgage, then the United States shall have the right to accelerate and declare the entire amount of all unpaid principal together with all accrued and accruing interest to be immediately due and payable and to bring an action to enforce the Mortgage, including the foreclosure of the lien thereof. Because of the default of the defendant(s), Natisha R. Barnes a/k/a Natisha Reynolds, as set forth above, RD has served on said defendant(s) a Notice of Acceleration of Indebtedness and Demand for Payment declaring the entire indebtedness due under the terms of the Note and the Mortgage to be immediately due and payable, said demand for payment having been refused.

8. The unpaid principal balance on the Note is $49,993.95 with accrued interest of $1,653.91 through September 14, 2011. Interest credits were granted by RD to defendant(s), Natisha R. Barnes a/k/a Natisha Reynolds, in the amount of $2,408.46. Amounts in escrow and other pending fees and charges to the account as provided by the loan instruments and applicable law have been charged in the amount of $908.10 for a total unpaid balance of $54,964.42. Interest is accruing on the unpaid balance at the rate of $8.0102 per day after September 14, 2011.

9. The Property is indivisible and cannot be divided without materially impairing its value and the value of RD's lien thereon.

10. The lien on the Property in favor of RD by virtue of the Mortgage is first, prior and superior to all other claims, interests and liens in and to the Property except for liens securing the payment of ad valorem property taxes.

11. The defendant, Jason Robert Reynolds, is joined as a defendant in this action in order to afford him the opportunity to come forth and assert any right, claim or interest in the Property which he may have by virtue of his status as the spouse of the defendant, Natisha R. Barnes a/k/a Natisha Reynolds, or otherwise. Any interest in or claim upon the Property in favor of the defendant, Jason Robert Reynolds, including his curtesy interest in the Property, is inferior in rank and subordinate in priority to the first mortgage lien on the Property in favor of RD. RD is entitled to a foreclosure sale of the Property free and clear of any interest therein or claim thereon in favor of said defendant, and the plaintiff calls upon him to come forth and assert his interest in or claim upon the Property, and offer proof thereof, or be forever barred.

12. There are no other individuals or entities purporting to have an interest in or claim upon the Property known to the plaintiff.

WHEREFORE, the plaintiff, the United States of America, on behalf of RD, prays for relief as follows:

(a) That the plaintiff have Judgment against the interests of the defendant(s), Natisha R. Barnes a/k/a Natisha Reynolds, in the Property in the principal amount of $49,993.95, plus interest in the amount of $1,653.91, as of September 14, 2011, and $2,408.46 interest credits granted plus amounts in escrow and other pending fees and

charges to the account as provided by the loan instruments and applicable law in the amount of $908.10 for a total unpaid balance due of $54,964.42 as of September 14, 2011, with interest accruing at the daily rate of $8.0102 from September 14, 2011 until the date of entry of the Judgment, and interest thereafter according to law, plus costs, disbursements and expenses;

(b) That RD be adjudged a lien on the Property, prior and superior to any and all others liens, claims, interests, and demands, except liens for unpaid real estate ad valorem taxes; that RD's lien be enforced and the Property be sold in accordance with Title 28, United States Code, Sections 2001 - 2003, subject to easements, restrictions and stipulations of record, liens for any city, state, county, or school ad valorem taxes which may be due and payable at the time of sale; and that the proceeds from the sale be applied first to the costs of this action and the sale, second to the debt, interest, interest credits granted, costs, fees and the surcharge due RD, with the balance remaining to be distributed to the parties as their liens and interests may appear;

(c) That the Property be adjudged indivisible and be sold as a whole;

(d) That all defendants be required to Answer the Complaint and set up their respective liens, claims or interests in the Property, if any, or be forever barred; and that the foreclosure sale of the Property be free and clear of all interests therein or claims thereon in favor of all defendants; and

(e) For any and all other lawful relief to which the plaintiff may appear properly entitled.

Respectfully submitted,

                                         By: /s/ R. Scott Pennington
                                         Attorney for Plaintiff
                                         300 West Short Street
                                         Lexington, KY 40507
                                         (ph) (859) 288-5269
                                         (fax) (859) 231-7489
                                         rspennington@hotmail.com

**NOTICE: THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT. ANY INFORMATION RECEIVED WILL BE USED FOR THAT PURPOSE.  PENNINGTON LAW OFFICE IS A DEBT COLLECTOR. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**