UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>             Plaintiffs                             )<br>                                                      )<br>v.                                                   )<br>                                                      )<br>NATISHA R. BARNES, et al.,          )<br>             Defendants                         )  | CIVIL ACTION NO. 5:11-389<br><br>**ORDER** |

The Court has been advised that Plaintiff's counsel is leaving the practice of law because of his health problems. Wherefore, on its own motion, the Court hereby STAYS the above pending matters for a period of 120 days or until new counsel enters an appearance in the record, whichever occurs first. If substitute counsel is not identified before expiration of 120 days and absent good cause shown, the Court will dismiss the matter without further notice.

The Clerk of the Court shall serve a copy of this order upon:

    Thomas G. Fern
    State Director for Rural Development
    United States Department of Agriculture
    771 Corporate Drive, Suite 200
    Lexington, Kentucky 40503

    Robert D. Christopher
    USDA Rural Development
    771 Corporate Drive, Suite 200
    Lexington, Kentucky 40503

    Melissa Whiteman
    USDA Rural Development
    4300 Goodfellow Bldg., 105 FC-213
    St. Louis, MO 63120

    Kerry B. Harvey
    United States Attorney
    260 West Vine Street, Suite 300
    Lexington, KY  40507

Dated this 7th day of September, 2012.



Signed By:
*Karen K. Caldwell*
United States District Judge