UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>          Plaintiffs                                  )<br>                                                       )<br>v.                                                     )<br>                                                       )<br>NATISHA R. BARNES, et al.,            )<br>          Defendants                              ) | CIVIL ACTION NO. 5:11-389<br><br>**ORDER** |

This cause having come before the Court on the Motion of the United States for dismissal of this action and the Court having considered the motion and being sufficiently advised; IT IS ORDERED herein as follows:

1.  The Court's Order of September 7, 2012 (DE 5) is hereby SET ASIDE;

2.  The Motion to Dismiss should be and hereby is GRANTED;

3.  This action be and is DISMISSED WITHOUT PREJUDICE; and

4.  The Clerk is directed to STRIKE this action from the Court's active docket.

Dated this 28th day of September, 2012.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge